FILED

APR - 5 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>MARK ROBERT BLOOM,<br><br>        Defendant. | Criminal Case No. 06CR1536-BEN<br><br>ORDER COMMITTING DEFENDANT TO THE CUSTODY OF THE ATTORNEY GENERAL PURSUANT TO 18 U.S.C. § 4241(d) |

On March 12, 2007, this matter came before this Court at hearing regarding the mental competency of the defendant, MARK ROBERT BLOOM. Defendant was present. Assistant United States Attorney Joseph S. Green appeared on behalf of the United States. Attorney Adriana Corboda appeared on behalf of Defendant.

This Court found that Defendant is not competent to proceed. Accordingly, IT IS ORDERED that Defendant be and hereby is committed to the custody of the Attorney General for hospitalization for treatment in a suitable facility until July 12, 2007, to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed.

When the director of the facility in which Defendant is hospitalized pursuant to this order determines that Defendant has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense, he shall promptly file a Certificate to that effect.

If, by July 1, 2007, the director of the facility in which Defendant is hospitalized believes that Defendant is not then competent to proceed, but that there is a substantial probability that within an additional period of time Defendant will attain the capacity to permit the trial to proceed, he shall so indicate in a Status Report, specifying the length of the additional period of time and the grounds upon which the conclusion is based.

IT IS FURTHER ORDERED that the director of the facility provide a Certificate or a Status Report to this Court and to the parties so that it is received on or before **JULY 2, 2007**. Any Status Report or Certificate should be sent to this Court with copies to Shaun Khojayan, attorney for Defendant, at 121 Broadway, Suite 338, San Diego, California, 92101, and to AUSA Joseph S. Green, 880 Front Street, Suite 6293, San Diego, California, 92101.

This Court shall conduct a Competency Hearing pursuant to 18 U.S.C. §§ 4241(e) and § 4247(d) on **JULY 9, 2007**. IT IS ORDERED, unless otherwise directed by this Court, that the **Defendant be present at the Competency Hearing.**

Defendant having been found incompetent, the time between March 12, 2007 and JULY 9, 2007 is excluded pursuant to 18 U.S.C. § 3161 (h)(4).

IT IS SO ORDERED.

Dated: 4/05/07

HONORABLE ROGER T. BENITEZ
United States District Judge